Naomi E. Farve, New Orleans, LA, for Claimant–Appellant.

## ON MOTION

## ORDER

Perry R. Alexce moves for reconsideration of the order dismissing his appeal for failure of counsel to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT;

The motion will he granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated, if Alexce files his brief within 30 days of the date of filing of this order.

**Adonis Berle WHITBY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2011–3009.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2010.

Adonis Berle Whitby, Macon, GA, pro se.

## ON MOTION

## ORDER

Adonis Berle Whitby moves for leave to proceed in forma pauperis.

Upon consideration thereof,

512

It Is Ordered That:

The motion is granted.